**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1619**

_____

RUSH GENT,

                                             Petitioner,

          versus

BEATRICE POCAHONTAS COAL COMPANY; DIRECTOR,
OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR,

                                             Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(99-641-BLA)

_____

Submitted: September 26, 2000        Decided: October 18, 2000

_____

Before MOTZ, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rush Gent, Petitioner Pro Se.  Douglas Allan Smoot, JACKSON &
KELLY, Charleston, West Virginia; Christian P. Barber, Helen Hart
Cox, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rush Gent seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1994 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Gent v. Beatrice Pocahontas Coal Co., BRB No. 99-0641-BLA (B.R.B. Mar. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2